IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ADA JUDITH LOPEZ, | * |
| Plaintiff, | * |
| v. | Case No. 4:15-cv-19 (CDL) |
| | * |
| VALLEY HEALTHCARE SYSTEMS, INC. and JENNIFER D.B. MELVIN, individually, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 24, 2016, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of February, 2016.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk